UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JEFFREY M. HENRY,

                       Plaintiff,

    -against-                                      5:10-CV-00109 (LEK/VEB)

MICHAEL J. ASTRUE, Commissioner
of Social Security,

                       Defendant.

## ORDER

      This matter comes before the Court following a Report-Recommendation filed on March 22, 2012 by the Honorable Victor E. Bianchini, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and Northern District of New York Local Rule 72.3(d).  Dkt. No. 16 ("Report-Recommendation").

      Within fourteen days after a party has been served with a copy of a magistrate judge's report-recommendation, the party "may serve and file specific, written objections to the proposed findings and recommendations."  FED. R. CIV. P. 72(b); N.D.N.Y. L.R. 72.1(c).  "If no objections are filed . . . reviewing courts should review a report and recommendation for clear error."  Edwards v. Fischer, 414 F. Supp. 2d 342, 346-47 (S.D.N.Y. 2006) (citations omitted).

      Here, no objections have been raised in the allotted time with respect to Magistrate Judge Bianchini's Report-Recommendation.  After examining the record, the Court has determined that the Report-Recommendation is not subject to attack for clear error or manifest injustice.

      Accordingly, it is hereby:

      **ORDERED**, that the Report-Recommendation (Dkt. No. 16) is **APPROVED** and

**ADOPTED** in its **ENTIRETY**; and it is further

**ORDERED**, that Defendant's Motion for judgment on the pleadings (Dkt. No. 13) is **DENIED**; and it is further

**ORDERED**, that Plaintiff's Motion for judgment on the pleadings (Dkt. No. 10) is **GRANTED**; and it is further

**ORDERED**, that this case is **REMANDED** for further administrative proceedings consistent with the Report-Recommendation (Dkt. No. 16); and it is further

**ORDERED**, that the Clerk serve a copy of this Order on all parties.

**IT IS SO ORDERED**.

DATED:   May 10, 2012
         Albany, New York

_____
Lawrence E. Kahn
U.S. District Judge